# Williams v. The State.

APPEAL from the Circuit Court of Baldwin.

Tried before the Hon. W. S. ANDERSON.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for an assault with intent to murder, and was convicted of an assault with a weapon. The only exception reserved on the trial of the cause was the refusal of the court to give following charge to the jury :  "If the jury entertain a reasonable probability of the defendant's innocence, they must acquit." It was held that there was no error in the refusal of this charge ; and judgment of conviction was affirmed.

Opinion PER CURIAM.